IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MOUNT JULIET LEAGUE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL SOFTBALL ASSOCIATION, )<br>INC., et al., )<br>)<br>Defendants. ) | No. 3:16-cv-02834<br><br>Judge Crenshaw<br><br>Magistrate Judge Frensley |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by signatures of counsel for all parties below, that the parties hereby stipulate to the dismissal with prejudice of all causes of action asserted in this case by all plaintiffs against all defendants. The parties stipulate that each party shall bear their own costs and fees.

Respectfully submitted this 25th day of September, 2017.

Respectfully submitted,

/s/ D. Andrew Saulters

D. Andrew Saulters (20275)
**ORTALE KELLEY LAW FIRM**
Post Office Box 198985
Nashville, TN 37219-8985
(615) 256-9999
dsaulters@ortalekelley.com
*Attorney for Plaintiffs*

Respectfully submitted,


/s/ Molly A. Glover
_____

Molly A. Glover (16113)
**BURCH, PORTER & JOHNSON**
130 North Court Avenue
Memphis, TN 38103
(901) 524-5000
mglover@bpjlaw.com
*Attorney for Defendants*