IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MOUNT JULIET LEAGUE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL SOFTBALL ASSOCIATION, ) <br> INC., et al., ) <br> ) <br> Defendants. ) | No. 3:16-cv-02834 <br><br> Judge Crenshaw <br><br> Magistrate Judge Frensley |

## ORDER

The partied have filed a Stipulation of Dismissal with Prejudice. Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motion are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE